# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Timothy R. Sutherland          0001018083

_____        _____

_____        _____

(Enter above the full name of the plaintiff    (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                     CIVIL ACTION NO. 3:06-1042
                               (Number to be assigned by Court)

- Aditonal information  Lt Greene
  needed on the         1gs Sgt Flemmings
  Prosesing of this     Cop. Greer
  Paper work

(Enter above the full name of the defendant
or defendants in this action).

**FILED**
DEC 14 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

                      Yes ____    No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county):

        _____

        _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

        _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

        _____

    6. Approximate date of filing lawsuit:_____

    7. Approximate date of disposition:_____

II. **Place of Present Confinement:** Western Regional Jail

    A.    Is there a prisoner grievance procedure in this institution?

           Yes ✓        No ___

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

           Yes ✓        No ___

    C.    If your answer is YES:

        1.    What steps did you take? I requested a Supperviser and I was Denied So I wrote 2 grievances.

        2.    What was the result? Lt Vikki Greene responded but did not address all of the problems.

    D.    If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: Timothy R Sutherland #1018083

        Address: One O'Hanlon Place Barboursville WV 25504

    B.    Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant __Lt. Vikki Greene__

is employed as __Lt.__

at __Western Regional Jail.__

D.   Additional defendants: __Sgt. Flemmings and Crp. Greer.__

IV.   **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On 11-14-06 my mother Christina J. Meddings called Lt Vikki Green and asked her why I was being denied hair cuts, soap, cleaning suply's (and hot water) and why my mail was being held. Lt Vikki Greene stated that she would take care of the probem. 45 minutes after she got off of the phone with

## IV. Statement of Claim (continued):

my mother I had Sgt Flemmings and cop. Greer come in my cell and tear every thing up even my Roomate's stuff. The Sgt even Read my personal mail. They Said the reason the raided my cell was because I put a monster truck sticker on a envelope to my 2 year old Son. I showed them were all my Stickers was and they didn't even take them. I Still haven't recived the mail that they took from me. To this day I am not Recieving the mail that my family has Sent. When the Officers were done The Said "Do you get the message now Satherland"

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like these people to know that they can not get by with this stuff and I want them to understand that Inmates have rights to and that I am tired of my rights being Violated. I would like to see them get punished for violating my privacy and for Harassment.

## V. Relief (continued)

_____
_____
_____
_____
_____

VII.   Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: Because I wanted to try and resolve this matter but I do have a lawyer that will represent me if I need

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this 20th day of November, 2006

_____
Signature of Plaintiff or Plaintiffs
/s/ Jimmy Sutherland

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/06
             (Date)

_____
Signature of Movant/Plaintiff
/s/ Jimmy Sutherland

_____
Signature of Attorney
(if any)

Timothy R Caldwell #101800?
Western Regional Jail
ONE O'Hanlon Place
Barboursville WV. 25504

Sidney Christie Federal Bldg.
PO Box 1570
Huntington WV
25716

**THIS PERSON IS AN INMATE OF WESTERN REGIONAL JAIL**

```
117     * *
1250 $00.870  PB8690901
7006    BARBOURSVILLE WV  DEC 13 06
                          25504
```